UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JORGE GUDINO,

Petitioner,

v.

RAYMOND MANNING, Warden,

Respondent.

Case No. 2:21-cv-03387-MCS-MAR

**AMENDED JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge and the Order Re: Motion for Relief from Judgment, it is hereby adjudged that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 26, 2024

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE